# **EXHIBIT 1**



**LAFAYETTE FEDERAL CREDIT UNION**
WWW.LFCU.ORG

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

4 1 933 **************AUTO**MIXED AADC 302
Sebhia M Dibra

March 20, 2025

Dear Sebhia M Dibra:

Lafayette Federal Credit Union ("LFCU") values and respects the privacy of your information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are writing to advise you about the incident and to provide you with guidance on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently learned that an unknown, unauthorized third party gained access to one LFCU employee email account. Upon discovering the incident, we promptly secured the email account and began an internal investigation. We also engaged a forensic security firm to investigate and confirm the security of our email systems. The investigation determined that an unauthorized third party accessed the email account for a brief period on September 16, 2024, and may have acquired the information contained in the account.

**What Information Was Involved?** We reviewed the contents of the involved email account to determine if it contained any personal information that may have been viewed or acquired by the third party. On February 5, 2025, we completed our review and determined that the email account contained some of your personal information, including your name in combination with your Social Security number, financial account number, and loan account number.

**What We Are Doing.** In addition to the actions described above, we are taking steps to reduce the risk of this type of incident occurring in the future, including further enhancing our security measures. Although we are not aware of a instances of fraud or identity theft involving your information, we are also offering a complimentary one-year membersh of Experian IdentityWorks$^{SM}$ Credit 3B. This product helps detect possible misuse of your personal information a provides you with identity protection services focused on prompt identification and resolution of identity the IdentityWorks Credit 3B is completely free to you, and enrolling in this program will not hurt your credit score. **For mo information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activa your complimentary one-year membership, please see the additional information provided in this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you take advantage of the complimentary credit monitoring included in this letter. You can also find more information on ste to protect yourself against possible identity theft or fraud in the enclosed *Additional Important Information* sheet.