# **EXHIBIT 2**

LAFAYETTE FEDERAL
CREDIT UNION
WWW.LFCU.ORG

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

17 1 6364 ********************AUTO**5-DIGIT 20010
Andy Wang

March 20, 2025

Dear Andy Wang:

Lafayette Federal Credit Union ("LFCU") values and respects the privacy of your information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are writing to advise you about the incident and to provide you with guidance on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently learned that an unknown, unauthorized third party gained access to one LFCU employee email account. Upon discovering the incident, we promptly secured the email account and began an internal investigation. We also engaged a forensic security firm to investigate and confirm the security of our email systems. The investigation determined that an unauthorized third party accessed the email account for a brief period on September 16, 2024, and may have acquired the information contained in the account.

**What Information Was Involved?** We reviewed the contents of the involved email account to determine if it contained any personal information that may have been viewed or acquired by the third party. On February 5, 2025, we completed our review and determined that the email account contained some of your personal information, including your name in combination with your financial account number.

**What We Are Doing.** In addition to the actions described above, we are taking steps to reduce the risk of this type of incident occurring in the future, including further enhancing our security measures. We are also notifying you of the incident so that you can be aware and take steps to protect your information, if you feel it appropriate to do so.

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you to review the information on steps to protect yourself against possible identity theft or fraud in the enclosed *Additional Important Information* sheet.

**For More Information.** We value the trust you place in us to protect your privacy, take our responsibility to safeguard your personal information seriously, and apologize for any inconvenience this incident might cause. For further information and assistance, please call 888-408-2730 from 9:00 a.m. - 9:00 p.m. EST, Monday through Friday.

Sincerely,

Lafayette Federal Credit Union