IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE LAFAYETTE FEDERAL CREDIT UNION DATA BREACH LITIGATION<br><br>This Document Relates to: All Actions | Case No. 8:25-cv-01006-DLB<br>(Consolidated) |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

For the reasons set forth in the accompanying memorandum of law in support of this motion, Lafayette Federal Credit Union hereby moves under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Consolidated Class Action Complaint in its entirety.

Dated: July 31, 2025

Respectfully submitted,

**LAFAYETTE FEDERAL CREDIT UNION**

By: _____
James R. Billings-Kang
Attorney for Defendant

James R. Billings-Kang
COZEN O'CONNOR
2001 M Street NW, Suite 500
Washington, DC  20036
(202) 280-6483
F: (202) 640-5936
JBillings-Kang@cozen.com

Erin Bolan Hines, *pro hac vice forthcoming*
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-4490
F: (312) 300-5645
EBolanHines@cozen.com

*Counsel for Lafayette Federal Credit Union*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2025, I will electronically file the foregoing **Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                          */s/ James R. Billings-Kang*
                                          James R. Billings-Kang