IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE LAFAYETTE FEDERAL CREDIT UNION DATA BREACH LITIGATION<br><br>This Document Relates to: All Actions | Case No. 8:25-cv-01006-DLB<br>(Consolidated) |

### [PROPOSED] ORDER

Having reviewed Defendant Lafayette Federal Credit Union's ("Lafayette") Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, the accompanying memorandum of law in support of that motion, and all related briefing, it is hereby **ORDERED** that Lafayette's Motion to Dismiss is **GRANTED**. Plaintiffs' Consolidated Class Action Complaint is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED.**

_____
Hon. Deborah L. Boardman
United States District Judge

_____, 2025